**Gmail**

Ari Teman <ari@teman.com>

---

**Teman x Deel**
25 messages

---

**Michael Tsakirellis** <michael.tsakirellis@deel.com>        Mon, Mar 17, 2025 at 11:38 AM
To: ari@teman.com, Josie Nicholls <josie.nicholls@deel.com>, Caleb Seet <caleb.seet@deel.com>

Hi Ari,

Thanks so much for the call this afternoon.

I appreciate you taking the time to connect with me earlier and provide an overview of your current situation.

**Key points from our conversation:**

- You have a contractor based in Spain who is originally from Ukraine, and you're looking to ensure compliant payment and tax compliance for him.
- You also mentioned potentially hiring additional sales, project management, and engineering talent in Israel in the coming months.
- You highlighted the challenges of verifying the location and status of contractors, especially those from Ukraine/Russia, and the importance of working with a provider that can handle compliance.

**Next steps:**

- I'll investigate the feasibility of hiring Ukrainian engineers in Spain, including checking with @Caleb - @Ari can you introduce your contractor so Caleb can work with him to qualify for the visa options.
- The link here below will support with all VISA services:



Deel + Teman shared workspace

I'll follow up with you once I have more information. Please let me know if you have any other questions in the meantime.

Best,

---

**Caleb Seet** <caleb.seet@deel.com>        Mon, Mar 17, 2025 at 1:14 PM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>
Cc: ari@teman.com, Josie Nicholls <josie.nicholls@deel.com>

Hi Ari

Great to meet you! Would be happy to hop on a call to discuss this employee's visa options, would you be free to book one with me using this link here? :)

Look forward to hearing from you!

Regards
Caleb

https://www.linkedin.com/in/calebseet
Click here to book a meeting with me!



deel.com
650 2nd Street, San Francisco, CA 94107

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>        Mon, Mar 17, 2025 at 1:29 PM
To: "Viktor K." <viktor@teman.com>, Віктор Канінець <vkeyster@gmail.com>

Probably worth you joining?
[Quoted text hidden]

---

**Michael Tsakirellis** <michael.tsakirellis@deel.com>        Tue, Mar 18, 2025 at 10:16 AM
To: Caleb Seet <caleb.seet@deel.com>
Cc: ari@teman.com, Josie Nicholls <josie.nicholls@deel.com>

Hey Ari,

Let us know and we can intro Caleb as soon as you need us too.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                      Tue, Mar 18, 2025 at 12:48 PM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>

Not after yesterday's news. 😁
[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                      Tue, Jun 3, 2025 at 11:27 AM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, Viktor Kaninets <vkeyster@gmail.com>, "Viktor K." <viktor@teman.com>

Hi guys,

We will start with "Deel Contractor Management" for 1 contractor in Spain, who is copied. However, we want a written reassurance that this is monthly and we can cancel anytime without penalty given the news of your leadership / spying stuff, and that you will not poach or list anyone we put on your platform on any job sites, etc.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too.
Terms apply to each service, Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                      Tue, Jun 3, 2025 at 11:30 AM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, Viktor Kaninets <vkeyster@gmail.com>, "Viktor K." <viktor@teman.com>

Correction: Ukraine. Not spain

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too.
Terms apply to each service, Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Michael Tsakirellis** <michael.tsakirellis@deel.com>                                Wed, Jun 4, 2025 at 1:22 AM
To: "Ari B. Teman" <ari@teman.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, Viktor Kaninets <vkeyster@gmail.com>, "Viktor K." <viktor@teman.com>

Hi Ari,

Thanks for your email.

Firstly, I am unaware of what you are referring to when you mention poaching or job sites - contractors aren't able to poached per say as they are yours until further notice.

Our platform is self-serve and you are able to access month to month sign up today.

Here is a link below for you to get started:

Next steps from here:

1. Create Your Deel Account: Click to create your account (takes ~5 minutes).
2. If you need a hand - feel free to book a time in with me HERE.

Looking forward to continuing our conversation and finding the best solution for your business.

I will follow up with you on Friday.

Kind regards,

On Tue, Jun 03, 2025 at 6:30 PM, Ari B. Teman <ari@teman.com> wrote:
> Correction: Ukraine. Not spain
> Please let me know how I can be helpful.
>
> Ari
>
> **Ari Teman | Founder |** teman™
> We make Real Estate proactive with Artificial Intelligence
> 212-203-3714 | teman.com | ari@teman.com
>
> Featured in:
> ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,
>
> Visit us for a demo (By Appointment only):
>
> NYC: Herald Square
> Miami: Lincoln Road
>
> All conversations are off-the-record. Social Media, too.
> Terms apply to each service. Each service is a different entity.
> Terms cannot be changed via email or oral agreement.
>
>
> On Tue, Jun 3, 2025 at 11:27 AM Ari B. Teman <ari@teman.com> wrote:
>> Hi guys,
>>
>> We will start with "Deel Contractor Management" for 1 contractor in Spain, who is copied. However, we want a written reassurance that this is monthly and we can cancel anytime without penalty given the news of your leadership / spying stuff, and that you will not poach or list anyone we put on your platform on any job sites, etc.
>> [Quoted text hidden]
>> [Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                    Tue, Jun 10, 2025 at 10:07 AM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, Viktor Kaninets <vkeyster@gmail.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>

Hi guys,
Viktor's payment still hasn't been sent to him despite us wiring it. Can you please expedite?

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder |** teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Michael Tsakirellis** <michael.tsakirellis@deel.com>                              Wed, Jun 11, 2025 at 10:03 AM
To: "Ari B. Teman" <ari@teman.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, Viktor Kaninets <vkeyster@gmail.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>

Investigation is underway and will come back shortly.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                    Thu, Jun 12, 2025 at 1:14 PM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, Viktor Kaninets <vkeyster@gmail.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>

Hi Michael,

What is going on? It seems it may have been a mistake to go with Deel --- this is super sketchy. We wired these funds a while ago.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder |** teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Viktor Kaninets** <vkeyster@gmail.com>                                            Thu, Jun 12, 2025 at 1:37 PM
To: "Ari B. Teman" <ari@teman.com>
Cc: Michael Tsakirellis <michael.tsakirellis@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>

It reminds me of the old days when I bought my first domain and needed to wait 10 days to get my bank payment passed. Over 25 years have passed since then :)



[Quoted text hidden]
--
Imagination is more important than knowledge... А. Ейнштейн

---

**Ari B. Teman** <ari@teman.com>                                                    Thu, Jun 12, 2025 at 2:01 PM
To: Viktor Kaninets <vkeyster@gmail.com>
Cc: Michael Tsakirellis <michael.tsakirellis@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>

Hi Viktor,
What does this mean "still processing"?

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder |** teman™
We make Real Estate proactive with Artificial Intelligence
**212-203-3714** | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too.
Terms apply to each service, Each service is a different entity,
Terms cannot be changed via email or oral agreement.
[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                    Mon, Jun 16, 2025 at 9:15 AM
To: Viktor Kaninets <vkeyster@gmail.com>
Cc: Michael Tsakirellis <michael.tsakirellis@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>,
David Teman <david.teman@teman.com>

Hi Michael,
If Viktor isn't paid in the next 12 hours or the wire isn't fully returned to us I am going to tweet about how Deel is stealing client funds. You have until 9pm Tel Aviv time
to ensure the funds are in Viktor's account or back in ours. No excuse will be accepted, only cash.

I will also write the the SDFL United States Attorney if the funds are not properly processed.

You should put up your own funds if you cannot find where your system lost ours.

I have provided proof of the wire transfer and your team remains silent for days. It was a mistake to trust you guys, clearly.

Ari





Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too,
Terms apply to each service, Each service is a different entity,
Terms cannot be changed via email or oral agreement,
[Quoted text hidden]

---

**Michael Tsakirellis** <michael.tsakirellis@deel.com>                        Mon, Jun 16, 2025 at 9:48 AM
To: "Ari B. Teman" <ari@teman.com>
Cc: Viktor Kaninets <vkeyster@gmail.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>

Hi Ari,

Noted on the above.

Do you have an official PDF proof of payment from the bank that you can provide?

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Michael Tsakirellis** <michael.tsakirellis@deel.com>                        Mon, Jun 16, 2025 at 9:49 AM
To: "Ari B. Teman" <ari@teman.com>
Cc: Viktor Kaninets <vkeyster@gmail.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>

I only see screenshot from our platform and not a PDF copy for context.

[Quoted text hidden]

---

**Michael Tsakirellis** <michael.tsakirellis@deel.com>                        Mon, Jun 16, 2025 at 10:11 AM
To: "Ari B. Teman" <ari@teman.com>
Cc: Viktor Kaninets <vkeyster@gmail.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>

Without the PDF for statement we have no way of tracing the funds.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                                                Mon, Jun 16, 2025 at 10:38 AM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>,
marca01@gmail.com, marc@a16z.com

We provided the pdf to your chat.

We provided the wire confirmation data from TD.

I do not believe you.

You have a specific date, amount, bank, and memo.

I think you guys are stealing funds from your clients and pretending to have technical issues to cover for your financial fraud. There's no excuse for this delay in clearing a wire and paying someone.

We have sent repeated requests for help with the wire details.

You have less than 10 hours to pay or refund.

Copying your investor.

Please let me know how I can be helpful.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Michael Tsakirellis** <michael.tsakirellis@deel.com>                                                          Mon, Jun 16, 2025 at 11:14 AM
To: "Ari B. Teman" <ari@teman.com>, Alex Palmer <alex.palmer@deel.com>
Cc: Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>,
marca01@gmail.com, marc@a16z.com

Hi Ari,

I am escalating on your behalf - if you could please provide the PDF here than I am able to escalate as needed.

The current PDF in the chat does not have the following details:

Account Number:
Swift Routing Number:

We need these details as PDF doesn't have anything and therefore can track the funds.

Best,

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                                                Mon, Jun 16, 2025 at 2:42 PM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>
Cc: Alex Palmer <alex.palmer@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David
Teman <david.teman@teman.com>, marca01@gmail.com, marc@a16z.com

You're telling me you can't find the $6304 amount in an Xfer? How many xfers of that exact amount from TD Bank did you process in the past two weeks that you need your own account number? Suddenly I copy your investor and we get escalated and now you're going to magically find the funds ... which my gut says you didn't lose but spent, but OK, pay my guy or return the funds and we will go elsewhere.

Here are the transfer details from TD Bank. We copy/pasted using your interface into TD -- and that was after you guys couldn't get Plaid to verify timely.

I do not care for more excuses -- pay Viktor or refund the money and we will move on and Marc should replace your entire leadership, COO, and tech stack because this is pathetic.

## Beneficiary Details

| | |
|---|---|
| **Beneficiary name** | Deel, Inc. |
| **Beneficiary address** | 425 1st St<br>San Francisco, CA 94105 |
| **Beneficiary bank** | JPMORGAN CHASE BANK, NA<br>10430 HIGHLAND MANOR DRIVE<br>TAMPA, FL 33610<br>8134323700 |
| **RTN** | REDACTED PER COURT RULES...021 |
| **Account #** | REDACTED PER COURT RULES...8099 |
| **Account type** | Checking |
| **Fed Reference** | REDACTED PER COURT RULES...FT03 |
| **Status** | Processed |
| **Message to beneficiary** | Reference DEELRHGC9T |

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
**212-203-3714** | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Shelby Ueckermann** <shelby.ueckermann@deel.com>                                   Tue, Jun 17, 2025 at 11:01 AM
To: Michael Tsakirellis <michael.tsakirellis@deel.com>, ari@teman.com, Alex Palmer <alex.palmer@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, viktor@teman.com, david.teman@teman.com, marca01@gmail.com, marc@a16z.com

Hi Ari,

This matter was recently escalated to me by our local teams in APAC.

Can you please confirm for me where the account number and beneficiary bank address came from originally?

Reviewing the payment details you have provided, it appears the funds were sent to the incorrect bank account. As a reference, these are the bank details we typically provide to our customers (see attached statement):

**For Wire Transfers:**
Bank Routing Number: REACTED PER COURT RULES...021
SWIFT Code: CHASUS33
General Bank Reference Address: JP Morgan Chase New York, NY 10017
Account Number: REACTED PER COURT RULES...8380
Account Name: Deel, Inc.

Best wishes,

From: **Ari B. Teman** <ari@teman.com>

Date: Mon, 16 Jun 2025 at 9:42 pm
Subject: Re: Teman x Deel
To: Michael Tsakirellis <michael.tsakirellis@deel.com>

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

Deel + Teman shared workspace

I'll follow up with you once I have more information. Please let me know if you have any other questions in the meantime.

Best,

--
Imagination is more important than knowledge... А. Ейнштейн

--

**Shelby Ueckermann**
Associate Director, Customer Success | APAC
Melbourne, Australia

[Quoted text hidden]

📄 **payment_statement_32527929.pdf**
105K

---

Ari B. Teman <ari@teman.com>                                                Tue, Jun 17, 2025 at 11:27 AM
To: Shelby Ueckermann <shelby.ueckermann@deel.com>
Cc: Michael Tsakirellis <michael.tsakirellis@deel.com>, Alex Palmer <alex.palmer@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls <josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>, Marca01 <marca01@gmail.com>, Marc <marc@a16z.com>

Have your counsel reply. This is a legal matter now. We copy pasted from your platform using the copy paste buttons you provide.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder |** teman™
We make Real Estate proactive with Artificial Intelligence
**212-203-3714 |** teman.com **|** ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too.
Terms apply to each service, Each service is a different entity,
Terms cannot be changed via email or oral agreement.
[Quoted text hidden]

---

**Shelby Ueckermann** <shelby.ueckermann@deel.com>                                    Wed, Jun 18, 2025 at 8:44 AM
To: "Ari B. Teman" <ari@teman.com>
Cc: Michael Tsakirellis <michael.tsakirellis@deel.com>, Alex Palmer <alex.palmer@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls
<josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>, Marca01 <marca01@gmail.com>, Marc <marc@a16z.com>

Hi Ari,

I hope your day is going well so far.

I just wanted to make sure we were both working with the same data. Would you mind sharing a screenshot of the location within the platform, or your source for the account information that was used for the transaction?

This will help us ensure we are referring to the same information to expedite the resolution process for you.

Best wishes,
[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                      Wed, Jun 18, 2025 at 1:29 PM
To: Shelby Ueckermann <shelby.ueckermann@deel.com>
Cc: Michael Tsakirellis <michael.tsakirellis@deel.com>, Alex Palmer <alex.palmer@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls
<josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>, Marca01 <marca01@gmail.com>, Marc <marc@a16z.com>

Are you an attorney?

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too.
Terms apply to each service, Each service is a different entity,
Terms cannot be changed via email or oral agreement.
[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                      Wed, Jun 18, 2025 at 1:37 PM
To: Shelby Ueckermann <shelby.ueckermann@deel.com>
Cc: Michael Tsakirellis <michael.tsakirellis@deel.com>, Alex Palmer <alex.palmer@deel.com>, Caleb Seet <caleb.seet@deel.com>, Josie Nicholls
<josie.nicholls@deel.com>, "Viktor K." <viktor@teman.com>, David Teman <david.teman@teman.com>, Marca01 <marca01@gmail.com>, Marc <marc@a16z.com>

Let me save you the time: I know exactly who and what you are. The fact that you have ignored our demand to speak to counsel means it is more than time for us to sue you and A16z for continuing to promote this criminal enterprise.

You ready to be extradited from Melbourne, Shelby? I'm pretty sure Rippling will be more than happy to back this.

It is now two weeks of your failure to pay our contractor the funds we sent you or to return them. You have fed me all sorts of bullshit.

The only reason you're even replying is because Marc is about to get sued for promoting this fraud **-- so I want Marc's lawyer to email me too.**

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record, Social Media, too.

Terms apply to each service, Each service is a different entity,

Terms cannot be changed via email or oral agreement,

[Quoted text hidden]