Gmail

Ari Teman <ari@teman.com>

---

# Deel
4 messages

---

**Spiros Komis** <spiros.komis@deel.com>  
To: ari@teman.com
Wed, Jun 18, 2025 at 7:35 PM

Mr. Teman,

I am an attorney for Deel. I received your request to speak with Deel counsel. Please direct future communications to me. I am happy to investigate your grievance and get back to you promptly. Can you please share with me the particular issue? I have received some emails from our internal team but want to ensure I adequately understand and address your concerns.

Thank you,

--

**Spiros D. Komis**  
spiros.komis@deel.com  
(202) 631-5845 (US)



deel.com  
650 2nd Street, San Francisco, CA 94107

---

**Ari B. Teman** <ari@teman.com>  
To: Spiros Komis <spiros.komis@deel.com>
Wed, Jun 18, 2025 at 9:09 PM

Hi Spiros,

We signed up for deel to pay a contractor. We provided all of our information, and followed the Deel's instructions and used their copy-paste mechanism to send a wire. As you can see in the support chat, we provided the wire details and confirmation code to the bank Our bank (TD) shows the recipient is Deel and the confirmation code. It shows it going to Chase, which is Deel's bank. We did not type anything into TD, but merely used the copy-paste buttons. This was after PLAID would not connect.

Despite complaining for more than 10 days that no payment was made to our contractor, the Deel team just kept bouncing us around, and now it's 2 weeks our contractor has not been paid -- a huge risk to us in terms of keeping staff we need.

A few hours ago, I sent a secure message to TD bank asking them to reverse the wire -- but I am not sure if they will be able to do so or if the money went to the wrong Chase account. We literally did not type a number in and just used the copy links on the UI, so this feels very much like a Deel UI/UX issue or Deel provided the wrong account information.

Either way, it should not take 10 days and emailing your investor to remedy this. I would appreciate if Deel compensate for the delay of two weeks by making the payment to the contractor and that we find a solution to ensure our bank is properly connected and funds are correctly transfered for the next month. As a startup we cannot afford to just send $6000+ into the ether because Deel has technical issues with their Plaid connections or UX and it's not fair to our team to go unpaid.

Please let me know how I can be helpful.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Spiros Komis** <spiros.komis@deel.com>     Thu, Jun 19, 2025 at 11:35 AM
To: "Ari B. Teman" <ari@teman.com>

Thank you, Mr. Teman, for this summary. Please be assured I have asked our internal team to investigate immediately and hope to have a response to you today.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>     Tue, Jun 24, 2025 at 7:03 PM
To: Spiros Komis <spiros.komis@deel.com>
Cc: David Teman <david.teman@teman.com>, "Viktor K." <viktor@teman.com>

Hi Spiros,

Thanks for your help. I redid the wire after TD returned it to the bank and double checked it. Now we see you cancelled the contractor contract?

What's going on please?


Best,

Ari

*Ari Teman | Founder | teman™*
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.



Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

**Featured in:**
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

**Visit us for a demo (By Appointment only):**

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

[Quoted text hidden]