Learn more about LSEG



My News

# Former Rippling employee admits to spying for rival firm Deel

By Reuters

April 2, 2025 11:52 PM GMT+3 · Updated April 2, 2025

  

April 2 (Reuters) - A former employee of HR software company Rippling has confessed to spying for Deel Inc under the directive of the rival firm's CEO, an affidavit made public in an Irish court showed on Wednesday.

Rippling last month filed a lawsuit against Deel alleging racketeering, misappropriation of trade secrets, tortious interference, unfair competition, as well as aiding and abetting a breach of fiduciary duty.

> Learn about the latest breakthroughs in AI and tech with the Reuters Artificial Intelligencer newsletter. Sign up here.

The former employee, Keith O'Brien, said he was recruited by Deel CEO Alex Bouaziz to pass on confidential information about Rippling for about 5,000 euros per month.

O'Brien, who was planning to leave Rippling to focus on his consulting business, disclosed that Bouaziz had suggested he remain at his job and become a spy for Deel.

"Alex told me he 'had an idea.' ...and I recall him specifically mentioning James Bond," O'Brien said.

O'Brien said he was asked to provide information regarding Rippling's ways of doing things, including corporate strategy, customer insights and "other interesting company information".

He added he was asked to communicate with Bouaziz's father, Deel CFO Philippe Bouaziz, regarding payments.

All communication among the three took place on messaging platform Telegram and was set to automatically delete after 24 hours.

"Alex was particularly interested in Rippling's strategies around global payroll and expansion efforts, as well as reviewing specific sales, marketing information, and customer details," O'Brien wrote.

However, Rippling eventually became aware of the espionage and set up a trap to out the spy.

An independent solicitor on March 14 served O'Brien with a court order to search his devices.

O'Brien said he turned over his laptop but was able to save his phone from inspection. He added that after he contacted Bouaziz, he was advised by Deel's lawyers to destroy his old phone.

In late March, O'Brien agreed to cooperate with Rippling's legal team as he became fearful of his safety "given the power and wealth of the individuals involved."

Reporting by Vallari Srivastava in Bengaluru; Editing by Shreya Biswas

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Cybersecurity

Purchase Licensing Rights

## Read Next

**Elmo's X account gets hacked, posts antisemitic and racist messages**

ago

Science

**SpaceX to invest $2 billion in Musk's xAI startup, WSJ reports**

July 13, 2025

Legal

**Law firm Dechert says lawsuits accusing it of using hired hackers have been resolved**

July 10, 2025

World

**Rubio says he generally uses official channels to avoid impersonators**

July 10, 2025

Technology >

Feedback

# India's HCLTech slides on lower annual operating margin forecast

· July 15, 2025 · 7:36 AM GMT+3 · 27 mins ago

Shares of HCLTech dropped about 4% on Tuesday, a day after India's No. 3 software services provider lowered its annual operating margin forecast, dampening hopes of a rebound in client spending across the sector.

Business
**Meta's Zuckerberg pledges hundreds of billions for AI data centers in superintelligence push**
37 mins ago

Business
**Tesla to sell Model Y cars in India, starting at $69,770**
38 mins ago

Business
**US AI startups see funding surge while more VC funds struggle to raise, data shows**
57 mins ago

Technology
**Nvidia to resume H20 GPU chip sales to China, launches mainland-compliant model**
1 hour ago

Feedback

Latest
Home
Authors
Topic Sitemap
Archive
Article Sitemap

Media
Videos
Pictures
Graphics

Browse
World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports

Podcasts

Science

Lifestyle

About Reuters

About Reuters

Advertise with Us

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters and AI

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Commercial Disclosure (Japan)

Stay Informed

Download the App (iOS)

Download the App (Android)

Newsletters

Subscribe

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

LSEG Products

Workspace

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

Data Catalogue

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

World-Check

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us    Advertising Guidelines    Purchase Licensing Rights

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms & Conditions    Privacy    Digital Accessibility    Corrections    Site Feedback    Manage Cookies

© 2025 Reuters. All rights reserved

Case 1:25-cv-05852-UA    Document 1-3    Filed 07/15/25    Page 7 of 7