

The Irish Times would like to send you push notifications.

Website notifications can be changed in browser notifications preferences.

Don't Allow    Allow

## Business

# Judge says he was unfair to law firm in HR companies 'spy' case

**Comments tied to letter Hayes Solicitors LLP wrote denying any knowledge of particular surveillance allegedly carried out over business 'spy' affair**

⤢ Expand



☰    **THE IRISH TIMES**    Subscribe    👤 Sign In

Solicitors LLP on behalf of Deel Inc.

Thu Jul 10 2025 - 14:30



A High Court judge has said he was unfair to a law firm over the content of a letter it wrote denying any knowledge of particular surveillance allegedly

carried out on the [...] iness "spy" affair.

Mr Justice Brian Cr[...] ad said in relation to the letter writte[...] alf of Deel Inc. The US-headquartered [...] Rippling, also US headquartered, who employed global payroll manager Keith O'Brien until his espionage activities on behalf of Deel were discovered.



The Irish Times would like to send you push notifications.

Website notifications can be changed in browser notifications preferences.

Don't Allow    Allow

Mr O'Brien, of Balrothery, north Dublin, admitted being paid €5,500 a month by Deel and has been co-operating with Rippling having expressed regret for his "participation in this espionage". He is a defendant in the Rippling case against Deel and others but no reliefs are being sought against him.

Mr O'Brien brought his own case alleging intimidation and harassment from surveillance of him and his family by what were initially only "persons unknown" but later private investigation firms of Mark Murran, also known as Rock Investigations, and Cliona Woods of Gotham Services became the defendants.

---

**READ MORE**

**French ambassador's residence, once Ireland's most expensive house, gets a full refurbishment** 

**From 'LID-ill or LEED-ill?' to bargain canoes: 25 lessons from Lidl's 25 years in Ireland** 

**Germany might have solved Ireland's urban EV charging problem** 

**Rosie O'Donnell: 'People say, you moved to Ireland, just forget about Trump. I can't. The crimes are endless'** 

---

They strongly deny any overt surveillance or claims of harassment and intimidation.

During the hearing of applications related to Mr O'Brien's case, the court heard that before he brought legal proceedings his lawyers wrote to Hayes solicitors requesting the surveillance stop.

Hayes responded w[...] [...]o knowledge" of surveillance being [...] [...]ollowed and surveilled Mr O'Bri[...]

One of the cars late[...] [...] while the other was driven by Mark Murran, the court heard.

Mr Justice Cregan expressed concern that officers of the court (Hayes) had written a letter which was either a "blatant lie or a misrepresentation".

It had also made him briefly question whether he could rely on another Hayes letter in another case he was dealing with but he did accept that letter.

Paul Gardiner SC, instructed by Hayes for Deel, objected to the judge's description in a case in which fair procedures had yet to be gone through.

He said it was unfair to Hayes.

Mr Gardiner also said the letter was true at the time and while it turned out to be incorrect because discreet surveillance was commissioned by Deel, when written it was believed to be correct.

The judge said he wanted an explanation from Hayes via an affidavit.

On Thursday, Michael Cush SC said he was representing Hayes in relation to the judge's request and he was looking for the matter to be dealt with as soon as possible.

Mr Justice Cregan said Mr Cush's application was very timely because he had been reflecting on this matter and Mr Gardiner's comments about him being unfair.

He said he was concerned about the Hayes letter but it was written on instructions from the client and it was an issue for Deel rather than Hayes. "So I had in fact been unfair," he said.

He had been mulling over the matter and was considering asking the court registrar to write to Hayes as to whether the firm could write another letter "and that would be a solution".

Mr Cush said that will not be possible as he would first have to take instructions. He made no apology for the judge's comment attracted and they were of public importance. As written on instructions would



The judge said he would be prepared to deal with the matter on Friday. He was concerned about the administration of justice aspect of the matter (as Mr O'Brien will be a witness in the Rippling case).

He felt the matter might be dealt with by a letter from Hayes correcting the record but he would leave that to be dealt with on Friday.



Join The Irish Times on **WhatsApp** and stay up to date

Sign up to the **Business Today** newsletter for the latest new and commentary in your inbox

Listen to **Inside Business** podcast for a look at business and economics from an Irish perspective

High Court

## IN THIS SECTION

**Rachel Reeves to put on a brave face in Mansion House address**



**Shortlists for annual Business to Arts Awards announced**



Irish tech firm Konversational to generate additional €5m revenue via US expansion



Wholesale electricity prices fall to lowest level since April 2024



Make America affordable again



MOST READ

EV owners have their say: 'After five years of EV ownership, we will switch back to petrol or diesel'



Woman who suffered catastrophic injuries giving birth fails i... 



**The Irish Times would like to send you push notifications.**

Website notifications can be changed in browser notifications preferences.

Don't Allow    Allow

Construction firm sues for €7.4m over alleged defects in glazing to Dublin office block 

Met Éireann warning for heavy rain and possible thunderstorms in effect for four counties 

Retired garda can challenge Garda Commissioner over loss of Irish-speaking allowance, court rules 

## LATEST STORIES

'How are you holding up?': I don't know if I have the words to describe how I am

Donegal's Titanic: The sinking housing estate of Radharc An Seascan



**The Irish Times would like to send you push notifications.**

Website notifications can be changed in browser notifications preferences.

Don't Allow    Allow

We need to talk about ... ecological impact

... on a brave face in ... ress

Liam Cahill and Tipp... vindication against ...



**Business Today**

Get the latest business news and commentary from our expert business team in your inbox every weekday morning

Sign up

 

