UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ARI B. TEMAN, et al.,                                              :
                                                                   :
                            Plaintiffs,                            :
                                                                   :         25-CV-5852 (JMF)
            -v-                                                    :
                                                                   :              ORDER
DEEL, INC., et al.,                                                :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 30, 2025, the Court ordered Plaintiff GateGuard to obtain counsel within thirty days or show cause why it should be permitted to proceed without counsel.  ECF No. 3.  So far, GateGuard has failed to do either.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 15, 2025**.  If, by that date, GateGuard fails to either obtain counsel or show cause why it should be permitted to proceed without counsel, its claims will be dismissed without prejudice without further notice to the parties.

      The Clerk of Court is directed to mail this Order to Plaintiff Ari B. Teman.

      SO ORDERED.

Dated: September 8, 2025
       New York, New York
                                                    JESSE M. FURMAN
                                                     United States District Judge