UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GateGuard, Inc.,**
 Plaintiff,

v.

**Deel, Inc.,**
Defendant.                                                                    Case No. 1:25-cv-05852 (JMF)

**NOTICE OF TRANSITION OF CORPORATE LEADERSHIP AND REQUEST FOR EXTENSION OF TIME**

Hon. Jesse M. Furman
 United States District Judge
 Southern District of New York

Plaintiff GateGuard, Inc. respectfully submits this notice to inform the Court of a transition in corporate leadership and to request a brief extension of time.

GateGuard has retained a new Chief Executive Officer and General Counsel. The internal and corporate paperwork necessary to finalize these appointments is in process and is expected to take approximately 10–15 days to complete.

My final day as Chief Executive Officer of GateGuard will be Monday, September 14, 2025. Out of respect for the Court's scheduling and to ensure orderly representation, GateGuard requests that the Court allow twenty (20) days from Monday, September 15, 2025, for its incoming General Counsel to file a formal notice of appearance on behalf of the company.

This request is made in good faith and not for purposes of delay, but to allow GateGuard's new counsel adequate time to enter an appearance and proceed efficiently in this matter.

Respectfully submitted,

Dated: September 12, 2025
 /s/ Ari Teman
 Ari Teman
 Outgoing Chief Executive Officer
 GateGuard, Inc.

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's request, it is hereby:

**ORDERED** that Plaintiff GateGuard, Inc. shall have until **October 6, 2025** to have its incoming General Counsel file a notice of appearance in this matter.

SO ORDERED.

Dated: _____, 2025
 New York, New York

---

Hon. Jesse M. Furman
 United States District Judge