# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**GateGuard, Inc.,**
 Plaintiff,

v.

**Deel, Inc.,**
 Defendant.

Case No. 1:25-cv-05852 (JMF)

## NOTICE OF TRANSITION OF CORPORATE LEADERSHIP AND REQUEST FOR EXTENSION OF TIME

Hon. Jesse M. Furman
 United States District Judge
 Southern District of New York

Plaintiff GateGuard, Inc. respectfully submits this notice to inform the Court of a transition in corporate leadership and to request a brief extension of time.

GateGuard has retained a new Chief Executive Officer and General Counsel. The internal and corporate paperwork necessary to finalize these appointments is in process and is expected to take approximately 10–15 days to complete.

My final day as Chief Executive Officer of GateGuard will be Monday, September 14, 2025. Out of respect for the Court's scheduling and to ensure orderly representation, GateGuard requests that the Court allow twenty (20) days from Monday, September 15, 2025, for its incoming General Counsel to file a formal notice of appearance on behalf of the company.

This request is made in good faith and not for purposes of delay, but to allow GateGuard's new counsel adequate time to enter an appearance and proceed efficiently in this matter.

Respectfully submitted,

Dated: September 12, 2025
/s/ Ari Teman
 Ari Teman
 Outgoing Chief Executive Officer
 GateGuard, Inc.

Application GRANTED. GateGuard's deadline to respond to the Court's Orders dated July 30, 2025, ECF No. 3, and September 8, 2025, ECF No. 20, is hereby EXTENDED to October 6, 2025. If, by that date, GateGuard fails to either obtain counsel or show cause why it should be permitted to proceed without counsel, its claims will be dismissed without prejudice without further notice to the parties. The Clerk of Court is directed to terminate ECF No. 21 and to mail this Order to Plaintiff Ari B. Teman.

SO ORDERED.

September 15, 2025