UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 

ARI B. TEMAN, et al.,

      Plaintiffs,

   -v-

DEEL, INC., et al.,

      Defendants.

------------------------------------------------------------------------X

25-CV-5852 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

  On July 30, 2025, the Court ordered Plaintiff GateGuard to obtain counsel within thirty days or show cause why it should be permitted to proceed without counsel. ECF No. 3. As a courtesy, the Court extended that deadline to September 15, 2025, ECF No. 20, and extended it again at Plaintiffs' request to October 6, 2025, ECF No. 22. In both Orders, the Court noted that a failure to obtain counsel or show cause by the deadline would result in GateGuard's claims being dismissed without prejudice. GateGuard has failed to do either. Accordingly, GateGuard's claims are hereby DISMISSED without prejudice.

  The Clerk of Court is directed to terminate GateGuard as a Plaintiff in this case and to mail this Order to Plaintiff Ari B. Teman.

  SO ORDERED.

Dated: October 21, 2025
   New York, New York

                 JESSE M. FURMAN
                 United States District Judge