UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
    :
ARI B. TEMAN, et al.,    :
    :
                             Plaintiffs,    :      25-CV-5852 (JMF)
    :
                -v-    :      <u>ORDER TO SHOW</u>
    :             <u>CAUSE</u>
DEEL, INC., et al.,    :
    :
                            Defendants.    :
    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Complaint in this case was filed with the Court on July 15, 2025, *see* ECF No. 1, and summons were issued on September 5, 2025, but the docket does not reflect that the Complaint was ever served on the Defendants. Accordingly, it is hereby ORDERED that the Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that the Defendants have been served, when and in what manner such service was made.

       If the Court does not receive any communication from Plaintiff by **January 5, 2026**, showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

       The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: December 5, 2025
       New York, New York                         JESSE M. FURMAN
                                                       United States District Judge